

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-15-00297-CV

___

DIMOCK OPERATING COMPANY, AND
JOE W. DIMOCK, D/B/A DIMOCK PETROLEUM, APPELLANTS

V.

SUTHERLAND ENERGY CO., LLC, APPELLEE

___

On Appeal from the 46th District Court
Hardeman County, Texas
Trial Court No. 11,098, Honorable Dan Mike Bird, Presiding

___

December 15, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On December 9, 2015, appellants filed a motion to dismiss appeal that complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1). No decision of this Court having been delivered to date and without passing on the merits of the appeal, we grant the motion and dismiss appellants' appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because appellants' motion does not address costs, costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d). If dismissal will prevent appellee from

seeking relief to which it would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing.  No motion for rehearing from appellants will be entertained.


                                    Mackey K. Hancock
                                         Justice